IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE STUM,<br>    Plaintiff<br><br>    v.<br><br>BRIAN THOMPSON, Superintendent of SCI Mercer, and MICHELLE WAGNER, Corrections Classification and Program Manager of SCI Mercer,<br>    Defendants. | Civil Action No. 2:17-cv-404 |

## JUDGMENT ORDER

AND NOW, this 24th day of April, 2017, for the reasons set forth in the Memorandum and Order filed this date, pursuant to Rule 58, F.R.Civ.P., Judgment is hereby entered in favor of the plaintiff and against the defendants.

                                                              s/ Robert C. Mitchell
                                                              United States Magistrate Judge